ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 0 2020

JAMES N. HATTEN, Clerk
By: ~~~

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | |
| DION MARQUISE HAYES | No. **1:20-CR- 123** |

THE GRAND JURY CHARGES THAT:

### Count One

On or about November 8, 2019, in the Northern District of Georgia, the defendant, DION MARQUISE HAYES, knowing that he had been previously convicted of at least one of the following offenses, that is:

1. Carjacking in the State of Michigan, Third Judicial Circuit, Wayne County, Michigan, in or about 2011; and

2. Felony Firearms Possession in the State of Michigan, Third Judicial Circuit, Wayne County, Michigan, in or about 2011,

each of which was a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock model 19x 9mm pistol, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(l).

### Forfeiture Provision

Upon conviction of the offense alleged in this Indictment, the defendant, DION MARQUISE HAYES, shall forfeit to the United States, pursuant to Title 18,

United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with, a third person;

     c. has been placed beyond the jurisdiction of the Court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the above

forfeitable property.

A _____ True _____ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

RYAN K. BUCHANAN
  *Assistant United States Attorney*
Georgia Bar No. 623388


600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3