UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>vs. )<br> )<br> )<br>DION MARQUISE HAYES, )<br>Defendant. )<br>_____ | INDICTMENT NO:<br>1:20-cr-00123-WMR-LTW-1 |

### ORDER

Considering the foregoing Motion to Continue the Evidentiary Hearing,

**IT IS ORDERED** that the Motion is GRANTED, the Evidentiary Hearing in this matter has been **CONTINUED** to **April 19, 2021, at 10:00 A.M.**

Further, the Court finds that the ends of justice will be served by granting this motion and the time period of the continuance will be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(7)(A).

**IT IS SO ORDERED**, this **4th** day of **March**, 2021.

/S/LINDA T. WALKER
U.S. MAGISTRATE JUDGE
LINDA T. WALKER