UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
|     Plaintiff ) | | |
| ) | | |
| vs. ) | INDICTMENT NO: | |
| ) | 1:20-cr-00123-WMR-LTW-1 | |
| ) | | |
| DION MARQUISE HAYES, ) | | |
|     Defendant. ) | | |
| _____ | | |

MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW the defendant, Dion Hayes, by and through undersigned counsel and moves the Court to modify the conditions of his pretrial release. In support thereof, Mr. Hayes shows as follows:

1.

On March 18, 2020, Mr. Hayes was initially granted pre-trial release in this matter by this Court. The conditions of his bond were amended on September 3, 2020 with specific conditions ordering home incarceration. Those conditions were further modified by this Court on November 10, 2020 allowing Mr. Hayes the ability to work and attend various activities with the prior approval of his pre-trial supervision officer.

2.

On March 10, 2021, undersigned counsel received a call from pre-trial services Officer Brewer. Officer Brewer indicated that she is having difficulty monitoring the various activities of Mr. Hayes because of his busy career and constantly changing schedules. Based on the conversation with Officer Brewer, Mr. Hayes is asking the Court to remove the current restrictions on his movement and allow for "stand-alone monitoring." Officer Brewer indicates this will still allow her to check in on him and track his location whenever necessary, but it will remove the difficulties associated with keeping track of the constant changes in his schedule. Officer Brewer is in agreement with making this change to Mr. Hayes' conditions.

3.

Based on the above, as well as Mr. Hayes adhering well to the conditions over the past six months and having extensive responsibilities related to his employment, he respectfully requests that the Court remove the condition of home incarceration from his pre-trial release order and modify his conditions to "stand-alone" monitoring.

       Respectfully submitted,


       *<u>s/Marissa Goldberg</u>*
       MARISSA GOLDBERG
       Georgia Bar No. 672798
       The Findling Law Firm, P.C.
       One Securities Centre
       3490 Piedmont Road, Suite 600
       Atlanta, Georgia 30305
       Office (404) 460-4500

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion:

*MOTION TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE*

Was served upon opposing counsel:

Assistant United States Attorney Ryan Buchanan


By ECF Filing.


Dated: March 15, 2021


                                           *s/Marissa Goldberg*
                                           Marissa Goldberg
                                           Georgia Bar No. 672798