UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | INDICTMENT NO: |
| | ) | 1:20-cr-00123-WMR-LTW-1 |
| | ) | |
| DION MARQUISE HAYES, | ) | |
| Defendant. | ) | |

_____

## JOINT MOTION FOR CONTINUANCE OF MOTIONS HEARING

COMES NOW the defendant, Dion Hayes, by and through undersigned counsel, and moves jointly with the government that his motions hearing be continued for the following reasons:

1.

This case is currently set for a evidentiary motions hearing on Monday, April 19, 2021 at 10:00 a.m. before U.S. Magistrate Judge Linda T. Walker.

2.

Counsel for Mr. Hayes and counsel for the government, AUSA Ryan Buchanan, are still actively engaged in plea negotiations. In order to further those negotiations, documents are needed from the archives of an out-of-state court that has been continuously closed due to COVID. Those documents have been ordered from

archives, however, it is taking longer than anticipated to receive them. Both parties are still hopeful that a resolution can be reached once everything is in order.

3.

Undersigned counsel has reached out to AUSA Ryan Buchanan regarding this request and both parties are jointly requesting this continuance.

Therefore, Mr. Hayes respectfully requests that this Motion for Continuance be granted and that the Court exclude the period of the continuance from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(7)(A).

                                                Respectfully submitted,

*s/Drew Findling*
DREW FINDLING
Georgia Bar No. 260425
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

*s/Marissa Goldberg*
MARISSA GOLDBERG
Georgia Bar No. 672798
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion:

**MOTION FOR CONTINUANCE OF MOTIONS HEARING**

Was served upon opposing counsel:

Assistant United States Attorney Ryan Buchanan

By ECF Filing.

Dated: April 16, 2021

                                                s/Marissa Goldberg_____
                                                Marissa Goldberg
                                                Georgia Bar No. 672798