# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00123-WMR-LTW
## USA v. Hayes
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 08/09/2021.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:45 A.M.    COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:45                DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

DEFENDANT(S): [1]Dion Marquise Hayes Present at proceedings

ATTORNEY(S) PRESENT: Ryan Buchanan representing USA
Drew Findling representing Dion Marquise Hayes
Marissa Goldberg representing Dion Marquise Hayes

PROCEEDING CATEGORY: Change of Plea;

MINUTE TEXT: Signatures verified and the signed Guilty Plea and Plea Agreement tendered to the Court. The Court explained its reasons for denying Defendant's motion to continue. Defendant sworn in. The Court advised Defendant of his rights. Government presented a statement with elements of the offense and evidence in the case and summarized the penalties of the offense. The Court finds factual basis for acceptance of the plea, announced the findings and accepted and entered Defendant's guilty plea to Count 1 of the Indictment. Defendant will remain on bond.

HEARING STATUS: Hearing Concluded

ADDL HEARING(S) SCHEDULED: Sentencing Hearing set for **11-8-2021 at 9:30 AM** in Courtroom 1705.