ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 03 2021

KEVIN P. WEIMER, Clerk
By: /s/ Deputy Clerk

**Petition to Modify Conditions of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Dion Hayes | Docket No: | 1:20-CR-00123-WMR |

Judicial Officer: Honorable William M. Ray II
U.S. District Court Judge

Date of Original Sentence: 11/08/2021

Original Offense: Unlawful Transport of Firearms/18 U.S.C. 922(g)(1)

Original Sentence: 3 years probation with the following special conditions: drug testing, not use controlled substances without a valid prescription, no excessive alcohol use, and pay $90,000 fine.

Type of Supervision: Probation     Date Supervision Commenced: 11/08/2021

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Dion Hayes was ordered, as part of his special conditions of probation, to pay a $90,000 fine. His monthly payment amount was not set at sentencing.

Mr. Hayes was presented with a waiver to modify his conditions of probation to set his monthly payment at $500 per month. He was in agreement with this payment plan and agreed to waive his right to an attorney and a hearing regarding the matter. A copy of said waiver is attached.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None

**PETITIONING THE COURT TO:**

To modify the conditions of supervision as follows:

**"You must pay $90,000 fine, as ordered by the Court, at a rate of $500 per month."**

Respectfully submitted,

| _Shannon Brewer_ | 11/22/21 | _Rana Riner_ | 11/22/2021 |
|---|---|---|---|
| Shannon Brewer | Date | Rana Riner | Date |
| Senior United States Probation Officer | | Supervisory U.S. Probation Officer | |

THE COURT ORDERS:

☒ The modifications of conditions as noted above

☐ No Action

☐ Other

_William M. Ray II_

Honorable William M. Ray, II
U.S. District Court Judge

12-3-2021
Date