ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT
## for
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 10 2021
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition for Summons for Offender Under Supervision

Name of Offender: Dion Hayes      Docket No: 1:20-CR-00123-WMR

Name of Sentencing Judicial Officer: Honorable William M. Ray II
U.S. District Court Judge

Date of Original Sentence: 11/08/2021

Original Offense: Unlawful Transport of Firearms/18 U.S.C. 922(g)(1)

Original Sentence: 3 Years Probation with the following special conditions: drug testing, not use controlled substances without a prescription, refrain from excessive alcohol, and pay $90,000 fine.

Type of Supervision: Probation      Date Supervision Commenced: 11/08/2021

Assistant U.S. Attorney: Ryan K. Buchanan      Defense Attorney: Drew Findling

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

1. **Violation of Mandatory Condition-Commission of Another Federal, State, or Local Crime-** On or about December 5, 2021, Hayes committed the offenses of Obstruction of Law Enforcement (M) and Battery (M) in Las Vegas, Nevada. Hayes was there to perform a concert at the casino. According to the incident report, an argument occurred, which Hayes became involved in. When approached by security and police, the incident escalated and Hayes fled. Hayes was pursued and ultimately struck an officer above the eye, as well as refused to give his name. He was arrested by Las Vegas Police Department that date and bonded out of custody the same date. The charge is currently pending. A copy of the police report is attached.

2. **Violation of Mandatory Condition-Unlawful Use of a Controlled Substance-**On November 22, 2021, Hayes tested positive for Opiates and Marijuana. He denied any illegal substance use. The specimen was sent to the lab and came back positive on December 3, 2021 for: Codeine, Hydrocodone, Hydromorphone, Morphine, and Marijuana.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

A prior request to Modify Conditions of Supervision was submitted to Your Honor to set fine payments at $500 per month.

**PETITIONING THE COURT TO:**
Issue a Summons for directing him to appear before the Court in Atlanta, Georgia to show cause why Probation heretofore entered should not be revoked.

I declare under penalty of perjury that
the foregoing is true and correct.

| *Shannon Brewer* | 12/9/21 | *David D. Davis* | 12/9/2021 |
|---|---|---|---|
| Shannon Brewer | Date | David D. Davis | Date |
| Senior United States Probation Officer | | Supervisory U.S. Probation Officer | |

THE COURT ORDERS:

☒ The issuance of a Summons

☐ No Action

☐ Other

*William M. Ray II*

Honorable William M. Ray, II
U.S. District Court Judge

12-10-2021
Date

cc: United States Attorney's Office - Ryan Buchanan