IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v.<br>DION MARQUISE HAYES | 1:20-cr-00123-WMR-LTW-1 |

## ORDER REVOKING SUPERVISED RELEASE

## JUDGMENT AND COMMITMENT

This matter is before the Court on the United States Probation Officer's Amended Violation Report and Petition for Warrant for Offender Under Supervision [Doc. 95]. During a revocation hearing held on February 1, 2022, Defendant admitted to the violations as alleged in the petition. The Court finds Defendant did violate his conditions of supervised release.

The Court hereby **ORDERS** Defendant's supervised release be **REVOKED.** Defendant is sentenced to serve six (6) months in custody of the Bureau of Prisons, with two (2) years of supervised release to follow. The Court recommends designation to a facility nearest to Defendant's family in Detroit, Michigan. Upon release from custody, Defendant is ordered to adhere to all original terms and conditions of supervised release as imposed in the Judgment and Commitment

entered on November 8, 2021, along with the additional special condition of supervised release:

- Successfully complete a 90-day in-patient substance abuse program and follow all the rules of the program.

The Clerk of Court is **DIRECTED** to serve an electronic copy of this Order upon Defendant, defense counsel, the Probation Office, the United States Attorney, and the United States Marshal Service.

**SO ORDERED** this 3rd day of February, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE