RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 05 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

From: The Office of DION MARQUISE HAYES

IN THE COURT OF APPEALS

Georgia Northern District Court

CASE NO. 1:2020-CR-000123

USA

_____

_____

Respondent (s),

V.

DION MARQUISE HAYES, House of Hayes

_____

Counter-Claimaint(s).

Affidavit of Fact coupled with interest

## Writ of Appeal Coupled with Interest

**Exhibit II: Re: DION MARQUISE HAYES TRUST ESTATE Instrument – Writ of Appeal: No 42DWA**

Apr 4, 2022

**Re: Revocation of Powers Of Attorney** No. 42DWA

Appellant moves this court to reconsider its opinion affirming the trial court decision in this

matter , under rule 37(e) of the rules of the court of appeals of the State of Georgia, this case shall be bonded and binded to Georgia Court of Appeals . Appellant respectfully submits that this court, in rendering its opinion/order affirming the decision of the trial court. (1) has overlooked the following material facts in the record:[ that the nature of the charges are fabricated and the alleged victim does not exist, (2) The opposing party is in fact incompentent due to the fact the party has an attorney therefore they are not creditable; nevertheless the attorney isn't a witness there for any thing recorded with the attorney is here say and cannot be used as an standing.

*Dion Hayes*

Acknowledged this 4th day of April 2022 by Dion Hayes.

*Jennifer Carroll*



JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

42DWA

From: The Office of DION MARQUISE HAYES

## Notice of Rescission of Signatures Coupled With Interest
### Exhibit IV: Re: DION MARQUISE HAYES TRUST ESTATE Instrument —Notice of Rescission of Signatures Coupled With Interest: No 42DRS

Apr 4, 2022

Re: Notice of Rescission of Signatures Coupled With Interest No. 42DRS

**Notice of Rescission of Signatures Coupled With Interest**

Dion Marquise Hayes, GRANTOR/SOLE BENEFICIARY/
HOLDER IN DUE COURSE and Authorized Rep. for of
DION MARQUISE HAYES, E.I.N. 362191731
c/o Non-Domestic, Foreign Mail PMB MAILING Wayburn 11909, detroit
Michigan republic -- Without the U.S.
Zoning Improvement Plan "EXEMPT," (DMSM A010.1.2d)

362191731

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND OTHERWISE, ALL 'TRADED AS' PRIVATE & PUBLIC CORPORATIONS. ALL ENTITIES IN THE PAST, CURRENT AND FUTURE.

Respondents

APRIL 5TH, 2022

RE: RESCISSION OF SIGNATURES / WAIVER OF BENEFITS/PRIVILEGES / DISSOLUTION OF ALL ADHESION/UNILATERAL CONTRACTS / REVOCATION OF POWER(S) OF ATTORNEY IMPLIED AND/OR EXPRESSED, REVOCATION OF ALL TRUSTS/CONTRACTS IMPLIED AND/OR EXPRESSED INCLUDING ALL INITIALS, MARKS, ETC ON ALL CONTRACTS FOR CAUSE 12 CFR 226,23 ALSO TILA 226.23 APP'X.

SWORN DECLARATION UNDER PENALTY OF PERJURY - ACTUAL AND CONSTRUCTIVE NOTICE - SELF-EXECUTING RESCISSION OF ALL SIGNATURES, WAIVER OF BENEFITS & PRIVILEGES, DISSOLUTION OF ADHESION/UNILATERAL, ALL CONTRACTS, REVOCATION OF POWER(S) OF ATTORNEY, REVOCATION OF ALL TRUSTS/CONTRACTS.

Attention, NOTICE TO ALL VENDORS, PUBLIC & PRIVATE CORPORATIONS & GOVERNMENT AGENCIES:

   I, Dion Marquise Hayes, THE GRANTOR/CREATOR of all Trusts/Contracts, a living man on the land until proven otherwise, do hereby rescind for cause of failure to disclose risks, perils, responsibilities, lack of valuable consideration, as well as non-disclosure of material facts including, but not limited to the fact that the "Borrower/Trustee in Error," DION MARQUISE HAYES by and through the undersigned's signature, created the energy for the credit used to fund all loans, taxes, services, CITY/COUNTY/STATE/

42DRS

FOREIGN PRINCIPALS and subsequent fraudulent pilferage/obtainage, all signatures executed in my natural and representative capacities without exception on any and all offers, trusts, documents, instruments, process and contracts between November , twenty fourth, Nineteen Ninety four through the date of this Actual and Constructive Notice through to the date of my natural death, issued to me or legal fiction, DION MARQUISE HAYES, in all matters with the exception of any/all signatures executed for the purpose of Accepting for Value any such offers, documents, instruments, process actions and/or proceedings. All such contracts, offers, documents, instruments, process, actions and or proceedings are hereby ACCEPTED FOR VALUE and/or RETURNED FOR FULL CREDIT, by notice all such acceptance signatures whether expressed or implied remain in full force and effect.

All unconscionable contracts/trusts are subject to rescission under the common law for failure to make the proper disclosures in order to constitute an acceptance, where there is no meeting of the minds there is no contract as required by CFR §226.23(b) (1) regarding notice of right to rescind as set forth in re Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002); Banker. Lexis 759. The UCC addresses unconscionable in UCC §2-302.

I further waive and reject any and all benefits and/or privileges expressed, implied or otherwise arising from any such signatures, all resulting contracts, agreements or trusts resulting from force, under threat of being denied access to One's own credit among others, involuntary servitude and peonage by adhesion contract, committed against myself. Further, these adhesion contracts and any and all powers of attorney, contracts and all trusts whether expressed, implied or otherwise are hereby revoked, terminated, canceled nunc pro tunc from November, twenty fourth, Nineteen Ninety four to 100 years from today's date.

### SWORN UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

### SWORN DECLARATION OF GRANTOR STATUS
### CLAIM OF SOLE BENEFICIARYSHIP OF ALL TRUSTS

I, Dion Marquise Hayes of the house of Hayes, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/ revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records doc #, I, Dion of the house of Hayes, am the GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE TRUST ESTATE OF DION MARQUISE HAYES, commonly known as DION MARQUISE HAYES;DION M HAYES; ;D.HAYES; HAYES, DION; HAYES, MARQUISE DION; HAYES, D.M..; HAYES, D.; DION MARQUIE HAYES; Dion Marquise Hayes; etc., I hereby declare, express and claim my GRANTOR status of THE TRUST ESTATE OF DION MARQUISE HAYES & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the aforementioned master THE TRUST ESTATE OF DION MARQUISE HAYES, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, Dion Marrque Hayes of the house of Hayess; am the GRANTOR/TRUSTOR /SETTLOR/SOLE BENEFICIARY of the THE TRUST ESTATE OF DION MARQUISE HAYES and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/ CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLORSHIP/ SOLE BENEFICIARYSHIP OF my THE TRUST ESTATE OF DION MARQUISE HAYES therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

Without Prejudice, Under Reserve,

by: _____
Office of trustee -Dion Hayes
Dion Marquise Hayes, GRANTOR, Auth Rep.
for , EIN# 362191731

JURAT

STATE OF GEORGIA )
    ) ss For Verification Purposes Only
COUNTY OF Fulton )

SUBSCRIBED AND SWORN TO BEFORE ME on this __4__ Day of __April__, 2022, by Dion Marquise Hayes, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____ Seal
- Place Notary Signature Above -

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

42DRS

Affidavit of Fact Coupled with Interest

# Notice Revocation of Powers of Attorney Coupled with Interest

**Exhibit V: Re: DION MARQUISE HAYES TRUST ESTATE Instrument – Notice of Revocation of Powers Of Attorney: No 42DNRPA**

**Apr 4, 2022**

**Re: Revocation of Powers Of Attorney No. 42DNRPA**

**REVOCATION OF POWERS OF ATTORNEY coupled with interest**

I DION MARQUISE HAYES, a sentient flesh and blood being of sound mind and able to handle my own affairs, hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file/identification number" and/or "social security number" assigned to me,
I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property. Take notice that I also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/colorable, public, "governmental" departments, agencies or corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts.

---

I affirm that all of the foregoing is true and correct. I affirm that I am competent to make this Affidavit. I hereby affix my own signature to all of the affirmations in this entire document with explicit reservation of all my inalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion.

42DNRPA

The use of notary below is for identification only, and such use does not grant any "jurisdiction" to anyone.

FURTHER AFFIANT SAITH NOT.
Subscribed and sworn, without prejudice, UCC-1.308, and with all rights reserved, (Printed Name:) Dion Hayes , Principal, by Special Appearance, in Propria Persona,.
Signed: Dion Hayes
Date: 4·4·22

On this 4 Day of April , 2022, before me, the undersigned, a Notary Public in and for Dion Hayes , personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.
Signed: Jennifer Carroll
Printed Name: Jennifer Carroll
Date: 4/4/2022
Address: 575 Pharr Rd NE #12023
Atlanta, GA 30355.

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024

**42DNRPA**

From: The Office of DION MARQUISE HAYES

# **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT COUPLED WITH INTEREST**
[sent with Notice and Demand]

**Exhibit III: Re: DION MARQUISE HAYES TRUST ESTATE Instrument –AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT: No 42DASNA**

Apr 4, 2022

**Re:** AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT No. 42DASNA

The undersigned, _Dion Hayes_, hereinafter "Affirmant", does solemnly affirm, declare and state as follows:

1. Affirmant is competent to state the matters set forth herein.

2. Affirmant has knowledge of the facts stated herein.

3. All the facts herein are true, correct, complete and admissible as evidence, and if called upon as a witness, Affirmant will testify to their veracity.

Plain Statement of Facts

4. Affirmant sees no verifiable evidence that the oath of office of each sworn public servant that is a Respondent in the NOTICE OF WRIT OF APPEAL (sent with accompanying Affidavit of Specific Negative Averment) is not accepted and that said Respondents are not commanded to honor their/his/her oath and uphold and protect the rights of the Affirmant and Affirmant believes no evidence to the contrary exists.

5. Affimant sees no verifiable evidence that Respondent(s) offer(s) and any and all future offers related to installation and/or implementation of the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically on, at, above or below any property, including and without limitation, the public property and the Affirmant's private property, are not rejected and Affirmant believes no evidence to the contrary exists.

6. Affimant sees no verifiable evidence that any and all installation of the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically does not directly and indirectly infringe upon the Affirmant's unalienable rights under the natural law, inalienable rights under the common law and any legal rights Affirmant may possess, as described in Recession of signature accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

7. Affirmant sees no verifiable evidence that the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically is not injurious to the Affirmant and not injurious to nature itself including, and not limited to, other natural men and women, and bees, birds and natural ecosystems in, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) and Affirmant believes no evidence to the contrary exists.

8. Affirmant sees no verifiable evidence that any attempt to install any Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically anywhere within, on or above the public property and/or the private property (including, without limitation, the Affirmant's private property) will not constitute criminal trespass, stalking, wiretapping, battery and assault et al. for which Respondent(s) will be held personally liable under the natural law, under the organic law of the land [common law] and commercially liable to the full extent possible in the Respondent(s) commercial capacity and Affirmant believes no evidence to the contrary exists.

9. Affirmant sees no verifiable evidence that any injuries to the physical body of the natural living undersigned man (or woman) resulting from unlawful exposure to the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically does not create the corpus dilecti necessary for the establishing of criminal intent on the Respondent(s) part and Affirmant believes no evidence to the contrary exists.

10. Affirmant sees no verifiable evidence that Respondent(s) failure to cease and desist from installing/implementing and/or causing to be installed/implemented, the Trespassing Technology resulting from and arising from CASE NO 1:2020-CR-000123 any and all securities categorically , will not make Respondent(s) liable for trespass, injury, conspiracy against rights, crimes against nature, recklessness, deprivation of rights under color of law et al. and will not make Respondent(s) liable for penalties owing to the Affirmant in amounts ranging from $100,000.00 and up to $300,000,000.00 United States Dollars per occurrence and Affirmant sees no verifiable evidence that terms of imprisonment may not apply to the Respondent(s) for failure to cease and desist and for failure to carry out the orders given to the Respondent(s) in "NOTICE OF WRIT OF APPEAL AND ACCOMPANYING WRIT OF APPEAL and, " RESCISSION OF SIGNATURE accompanying this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and Affirmant believes no evidence to the contrary exists.

11. Affirmant sees no verifiable evidence that the Respondent(s) have not violated the truth in lending act in its original lawful capacity 1976 resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically and Affirmant believes no evidence to the contrary exists.

12. Affirmant sees no verifiable evidence that the Respondent(s) have not violated the full disclosure in its original lawful capacity resulting from and arising from CASE NO 1:2020-CR-000123(-WMR) any and all securities categorically and Affirmant believes no evidence to the contrary exists.

13. Affirmant sees no verifiable evidence that the Affirman is not a beneficiary of the State of Michigan coupled with interest and Affirmant believes no evidence to the contrary exists.

14. Affirmant sees no verifiable evidence that the Affirman is not a citizen of the State of Michigan and Affirmant believes no evidence to the contrary exists.

15. Affirmant sees no verifiable evidence that the Affirman is not a citizen, beneficiary of the State of Michigan; State of Michigan Constitution ; the bill of rights of the State of Michigan, coupled with interest, therefore and Affirmant believes no evidence to the contrary exists.

16. Affirmant sees no verifiable evidence that the Affirman is not a beneficiary of the Trust Estate DION MARQUISE HAYES coupled with interest and Affirmant believes no evidence to the contrary exists.

17. Affirmant sees no verifiable evidence that the Affirman is not a citizen, beneficiary of the State of Michigan; trust eState, State of DION MARQUISE HAYES , as such Liability for Intentional Actions: 42 U.S.C. § 1983 (1871) has not been violated, as the judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any foreign state, estate, or such trust resulting from and arising from and Affirmant believes no evidence to the contrary exists.

18. Affirmant sees no verifiable evidence that the Affirman has not appeared as a special guest beneficiary of the Trust Estate DION MARQUISE HAYES to make presentments on behalf of DION MARQUISE HAYES, thus Affirmant see no verifiable evidence that Affirmant has appeared in court; and Affirmant believes no evidence to the contrary exists.

19. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123(-WMR-LTW) and Affirmant believes no evidence to the contrary exists.

20. Affirmant sees no verifiable evidence that United State Attorney and assigns were at the alleged scenes referenced in Case 1:20-cr-00123[UMA]/(-WMR-LTW) Document 19 and Affirmant believes no evidence to the contrary exists

21. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123[-UMA]/(-WMR-LTW) Document 8, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

22. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123 -WMR-LTW Document 19, was not signed nor dated by the clerk, therefor not lawful record, Which also violated the 1976 truth and lending act for failure to disclose transaction with the individual which the security was issued for and under and Affirmant believes no evidence to the contrary exists.

23. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 19 arrest was not made before this warrant was issued which constitutes kidnapping, unlawful arrest, unlawful detainer and Affirmant believes no evidence to the contrary exists.

24. Affirmant sees no verifiable evidence that the warrant dated: 03/11/2020, Case 1:20-cr-00123-WMR-LTW Document 97 was not done so without disproving points 13 through 18 and Affirmant believes no evidence to the contrary exists.

25. Affirmant sees no verifiable evidence that Prima Facie evidence is admissible, as factual or law evidence and Affirmant believes no evidence to the contrary exists.

26. Affirmant sees no verifiable evidence that all criminal issues, matters, are not civil matters categorically and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that all criminal issues, matters, are not only prima facie evidence and Affirmant believes no evidence to the contrary exists.

28. Affirmant sees no verifiable evidence that as the court, the attorney, the USA have no jurisdiction and standing of which is immediate cause and grounds for dismissal without prejudice, this Affirmant moves the court to do so and Affirmant believes no evidence to the contrary exists.

27. Affirmant sees no verifiable evidence that Affimant should not be released from probation immediately without prejudice, without leeve under Affirmant's own recognisance and Affirmant believes no evidence to the contrary exists.

29. [reserved]

30. [reserved for errors and omissions]

31. Affirmant sees no verifiable evidence that Respondent(s) do not have twenty-one (21) days from delivery of the NOTICE AND DEMAND (sent with accompanying Affidavit of Specific Negative Averment) to either 1) carry out the order(s) and meet Respondent(s) obligations expressed in section 3 of the "NOTICE AND DEMAND", or, 2) respond to this AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT on a point-by-point basis, via sworn responsive affidavit, under Respondent(s) full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading and Affirmant believes no evidence to the contrary exists.

I, __Dion Hayes__, Affirmant, upon my full unlimited commercial liability, do affirm and say that I have read the above AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT and do know the contents to the very best of my knowledge to be true, correct, complete, and not misleading; the truth, the whole truth, and nothing but the truth.

_____, All Rights Reserved
c/o _____
_____, _____ [_____]

**Acknowledgment**

STATE OF __Georgia__
) ss.:
COUNTY OF __Fulton__

On the __4__ day of __April__ in the year ~~2014~~ 2022 JC, before me, the undersigned, personally appeared __Dion Hayes__, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JENNIFER CARROLL
Notary Public, Georgia
Fulton County
My Commission Expires
March 08, 2024