RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 05 2022

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

My issues on appeal are:

**NOTICE OF APPEAL ACCOMPANYING WRIT OF APPEAL IN FORMA PAPUPERIS
COUPLED WITH INTEREST**
Exhibit I:  Re: DION MARQUISE HAYES TRUST ESTATE Instrument –Notice of APPEAL
ACCOMPANYING WRIT OF APPEAL IN FORMA PAPUPERIS Coupled With Interest: No 42DNWA
**FINANCING STATEMENT**

_____, Authorized Representative, Natural Person, In Propria Persona:

Ex Relatione _Dion Hayes_____: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
C/o _____
Case No. 1:20-cr-00123 (-WMR-LTW)
1:2020-CR-00-123

**FINANCIAL STATMENT**
**Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties**

**Article VI**
"All debts contracted and engagements entered into, before the adoption of this Constitution,
shall be as valid against the United States under this Constitution, as under the Confederation.
This Constitution, and the laws of the United States which shall be made in pursuance thereof;
and all treaties made, or which shall be made, under the authority of the United States, shall be
the supreme law of the land; and the judges in every state shall be bound thereby, anything in the
Constitution or laws of any State to the contrary notwithstanding. The Senators and
Representatives before mentioned, and the members of the several state legislatures, and all
executive and judicial officers, both of the United States and of the several states, shall be bound
by oath or affirmation, to support this Constitution; but no religious test shall ever be required as
a qualification to any office or public trust under the United States."

**Article 1, Section X**
"All debts shall be payable in gold or silver coin"

**Amendment V**
" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins,  or federal
reserve notes, as every is held in trust, as prescribed by United States Constitution Law, which is
the lawful money to pay the restricting demands, conditionally commanded by Employees and
Contractors of the Court.  The said restrictions (unconstitutional) are arbitrarily (hindering Due
Process) and imposed for processing these Documents, as stipulated in the United States
Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment
and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee -
burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

**Amendment IX**
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* ***Miranda v. Arizona 384 US 436, 125:***

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.