IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL INDICTMENT |
| Plaintiff, ) | NO. 1:20-CR-123 |
| ) | |
| vs. ) | |
| ) | |
| DION MARQUISE HAYES, ) | |
| Defendant, ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL

COMES NOW, undersigned counsel, Marissa H. Goldberg, Drew Findling, and Zachary J. Kelehear, and files this, their Notice of Withdrawal as counsel of record for Defendant Dion Marquise Hayes in the above-styled matter. Defendant has elected to proceed pro-se, and all future correspondence and pleadings should be sent to him directly.

This 27th day of April, 2022.

Respectfully Submitted,

**/s/Marissa H. Goldberg**
**MARISSA H. GOLDBERG**
Georgia Bar No. 672798

**/s/Drew Findling**
**DREW FINDLING**
Georgia Bar No. 260425

**/s/Zachary J. Kelehear**
**ZACHARY J. KELEHEAR**
Georgia Bar No. 925716

THE FINDLING LAW FIRM, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL INDICTMENT |
| Plaintiff, | ) | NO. 1:20-CR-123 |
| | ) | |
| DION MARQUISE HAYES, | ) | |
| Defendant, | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of April, 2022, I electronically filed a **Notice of Withdrawal** with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

- ❖ Ryan Buchanan, Assistant United States Attorney

                Respectfully Submitted,

                **/s/Marissa H. Goldberg**
                **MARISSA H. GOLDBERG**
                Georgia Bar No. 672798

THE FINDLING LAW FIRM, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500