**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OFFICIAL BUSINESS

MAY 10 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



US POSTAGE IM PITNEY BOWES
ZIP 30303 $ 000.73
02 1W
0001383857 MAY. 02 2022

**CLEARED DATE**
MAY 10 2022
U.S. Marshals Service
Atlanta, GA 30303

NIXIE                                    0005/06/22
       RETURN TO SENDER
       NO SUCH STREET
       UNABLE TO FORWARD

BC: 30303336199        *0924-05154-02-45

Dion Marquise Hayes
11904 Wayburn St
Detroit, MI 48224

---

***************   ATTENTION   ***************

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for
information on obtaining ECF access.

# Orders on Motions
1:20-cr-00123-WMR-LTW USA v. Hayes **CASE CLOSED on 11/08/2021**

APPEAL,CLOSED,CertRdyTrl,LTW,SHORT,SUBMDJ

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/2/2022 at 10:11 AM EDT and filed on 5/2/2022
**Case Name:**       USA v. Hayes
**Case Number:**   1:20-cr-00123-WMR-LTW
**Filer:**
**Document Number:** 113

**Docket Text:**
**ORDER DENYING WITHOUT PREJUDICE [108] Motion for Leave to Appeal In Forma Pauperis as to Dion Marquise Hayes (1). Signed by Judge William M. Ray, II, on 5/2/2022. (kac)**

**1:20-cr-00123-WMR-LTW-1 Notice has been electronically mailed to:**

Ryan Karim Buchanan     ryan.buchanan@usdoj.gov, CaseView.ECF@usdoj.gov, regina.nesmith@usdoj.gov, USAGAN.CriminalDocketing-CourtNotices@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:20-cr-00123-WMR-LTW-1 Notice has been delivered by other means to:**

Dion Marquise Hayes(Terminated)
11904 Wayburn St
Detroit, MI 48224

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=5/2/2022] [FileNumber=12516877-0
] [03f72d372a48936035cece32cc1d2e9575b2e40dabeb3901eb2c17d54378f0bc117
44685afe64299ae91da6c3f35effbecb90bdc7afc60076cf995a2164ab247]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DION MARQUISE HAYES,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:20-cr-00123-WMR |

## ORDER

On April 7, 2022, the Court denied without prejudice Dion Marquise Hayes's motion for leave to proceed *in forma pauperis* on appeal. [Doc. 104 at 3.] Despite the form motion's clear instructions to "[c]omplete all questions in this application" and to "not leave any blanks," Mr. Hayes refused to fill out any part of the motion and instead wrote that he is "exempt" under the Privacy Act of 1974, 5 U.S.C. § 552a. [*Id.* at 2.] The Court found that nothing in Section 552a gave Mr. Hayes the right to avoid providing his financial information if he wished to proceed *in forma pauperis*. [*Id.* at 2.] In addition, the Court noted that, as made clear in the proceedings in this case, Mr. Hayes is a successful rap artist, so the Court was unwilling to allow him to proceed *in forma pauperis* without first reviewing the required financial information. [*Id.* at 2–3.] To the extent Mr. Hayes wished to

proceed *in forma pauperis* on appeal, the Court ordered him to properly complete and file another motion. [*Id.* at 3.]

Now before the Court is another motion by Mr. Hayes for leave to proceed *in forma pauperis* on appeal. [Doc. 108.] Mr. Hayes states that he "own[s] nothing," as "everything is held by the trust estate DION MARQUISE HAYES." [*Id.* at 2.] He further contends that "[a]ny income that may pass through [his] hands is property of the trust estate DION MARQUISE HAYES," which "must not be impeded, infringed, trespassed, nor violated." [*Id.*] Mr. Hayes has filled in the blanks on the form motion with either "$0" or "N/A." [*Id.* at 3–6.]

The Court finds that Mr. Hayes has once again failed to provide the required financial information. Mr. Hayes does not cite any authority that supports his theory that he has no financial assets because a trust in his name supposedly holds all of his assets and cannot be touched. Nor does he cite any authority that allows him to avoid providing his financial information if he wishes to proceed *in forma pauperis*. In addition, Mr. Hayes is a successful international rap artist who previously retained a high-profile criminal defense lawyer in this case. As such, the Court doubts Mr. Hayes's statement that he owns nothing and finds that Mr. Hayes has misrepresented his financial information to the Court. The Court remains unwilling to allow Mr. Hayes to proceed *in forma pauperis* without first reviewing his complete financial

information, so his incomplete motion [Doc. 108] is **DENIED WITHOUT PREJUDICE**.

Even so, the Court is willing to give Mr. Hayes one last chance to properly complete and file a new motion to proceed *in forma pauperis* on appeal. To the extent he wishes to do so, he is **DIRECTED** to provide all of his financial information in the motion, including all assets purportedly held by any trust in his name.

Although an affidavit in support of a motion to proceed *in forma pauperis* ordinarily "should be accepted by the court," the Court need not accept the affidavit when, as here, there has been a "serious misrepresentation." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004). Indeed, the Court may "look beyond" a party's motion to proceed *in forma pauperis* "to determine his financial condition." *Id.* at 1307 n.3. Accordingly, along with any new motion to proceed *in forma pauperis*, Mr. Hayes is **DIRECTED** to provide documentation showing his financial information, including but not limited to his 2021 tax return and bank statements for the last 12 months.

**IT IS SO ORDERED**, this 2nd day of May, 2022.

William M. Ray, II
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

3